UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JENNYFER GAYTAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-203 |
| | § | |
| VERDA EXPRESS, INC. *et al.* | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Complaint (Dkt. No. 8) to Magistrate Judge Christopher dos Santos for a Report and Recommendation (Dkt. No. 9). Judge dos Santos recommended granting Plaintiff's motion to omit her "claims under the Texas Transportation Code Sections 545.357, 545.401, 545.415(a) and 547.501" (Dkt. No. 13 at 1 (citing Dkt. No. 8 at 1)). The fourteen-day objection period has lapsed, and no party objected to this recommendation. *See* 28 U.S.C. § 636(b)(1).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report and Recommendation for clear error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding none, the Court hereby **ADOPTS IN WHOLE** Judge dos Santos's Report and Recommendation (Dkt. No. 13).

Accordingly, Plaintiff's Unopposed Motion for Leave to File Plaintiff's First Amended Complaint is **GRANTED** (Dkt. No. 8). The Clerk of Court is **DIRECTED** to docket Plaintiff's First Amended Complaint (Dkt. No. 8-1).

It is so **ORDERED**.

**SIGNED** February 13, 2026.

                                              Marina Garcia Marmolejo
                                              United States District Judge